UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br> v. <br><br> ADITYA HUMAD, et al., <br><br> Defendants. | 15-cv-12877-RWZ <br> 15-cv-12908-RWZ |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 12, 2022, the United States of America and Defendants Spinefrontier, Inc., KIC Ventures, LLC, KIC Management Group, Inc., Impartial Medical Experts, LLC, Axiomed, LLC, Kingsley R. Chin, Aditya Humad, and Vanessa Dudley ("Defendants") (collectively, the "Parties") hereby submit a joint status report. Counsel for the government and for Defendants met on April 19, 2022, to discuss a potential resolution of the above-captioned cases. The government requested updated financial disclosures from the Defendants to evaluate their assertions regarding their limited ability to pay a monetary settlement. The Defendants will endeavor to gather the detailed information requested and provide it to the government as soon as possible. The government noted that the financial analyst previously assigned to the case is no longer in that position, and therefore another analyst will need to be assigned. A new analyst will need to review the Defendants' prior and future financial disclosures before determining the government's view of the Defendants' ability to pay a settlement.

The Parties anticipate that the process of providing financial documentation to the government for review and analysis of the Defendants' ability to pay will require several weeks. Although the Parties will endeavor to complete these tasks as quickly as possible, it may well be

necessary to request a further continuance of the Defendants' deadline to file responsive pleadings as the current deadline of May 25, 2022 approaches. In the meantime, we intend to continue working cooperatively to determine if it is possible to resolve these actions prior to the Defendants filing responsive pleadings.

Dated: April 21, 2022

Respectfully submitted,

| | |
|---|---|
| RACHAEL S. ROLLINS | ADITYA HUMAD |
| United States Attorney | By his attorney, |
| By: */s/ Steven Sharobem* | */s/ Seth B. Orkand* |
| Assistant United States Attorney | Seth B. Orkand (BBO No. 669810) |
| John J. Moakley Courthouse | *Motion For Limited Appearance Granted* |
| 1 Courthouse Way, Suite 9200 | ROBINSON & COLE LLP |
| Boston, MA 2210 | One Boston Place, 25th Floor |
| (617) 748-3100 | Boston, MA 02108 |
| steven.sharobem@usdoj.gov | sorkand@rc.com |
| | (617) 557-5915 |
| JAMIE A. YAVELBERG | |
| PATRICIA J. HANOWER | SPINEFRONTIER, INC., KIC VENTURES, |
| DOUGLAS ROSENTHAL | LLC, KIC MANAGEMENT GROUP, INC., |
| CHRISTOPHER TERRANOVA | IMPARTIAL MEDICAL EXPERT, LLC, |
| Civil Division | AXIOMED, LLC, VANESSA DUDLEY and |
| U.S. Department of Justice | KINGSLEY R. CHIN |
| Post Office Box 261 | |
| Ben Franklin Station | By their attorney, |
| Washington, DC 20044 | |
| (202) 514-2000 | */s/ Robert Peabody* |
| douglas.j.rosenthal@usdoj.gov | Robert Peabody (BBO No. 551936) |
| christopher.terranova@usdoj.gov | *Motion For Limited Appearance Granted* |
| | HUSCH BLACKWELL LLP |
| *Attorneys for the United States* | One Beacon Street, Suite 1320 |
| | Boston, MA 02108 |
| | Robert.Peabody@huschblackwell.com |
| | (617) 598-6700 |

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by ECF on all counsel of record on April 21, 2022.

                                        */s/ Seth B. Orkand*
                                        Seth B. Orkand