UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHARLES BIRCHALL, JR. et al.,<br><br>           Plaintiffs,<br>   v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>           Defendants. | 15-cv-12877-RWZ<br>15-cv-12908-RWZ |

## JOINT STATUS REPORT

On October 19, 2023, the United States of America and Defendants Spinefrontier, Inc., KIC Ventures, LLC, KIC Management Group, Inc., Impartial Medical Experts, LLC, Axiomed, LLC, Kingsley R. Chin, Aditya Humad, and Vanessa Dudley ("FCA Defendants") (collectively, the "Parties") filed a joint status report advising the Court that the Parties had made substantial progress towards memorializing their handshake settlement into a settlement agreement and that a few steps remained to complete the process. The Parties also proposed to provide the Court with a status report within forty-five (45) days if the settlement was not fully completed by that date.

The Parties can now report that a civil settlement agreement in this matter was fully executed by all the parties on November 27, 2023. The United States received internal confirmation on December 12th that the FCA Defendants had made their first payment as required under the provisions of the settlement agreement. The Parties expect to file a Notice of Stipulation of Partial Dismissal ("Notice") with the Court in the coming days. The Notice will

advise that the relators have reserved their right to pursue their entitlement to reasonable attorneys, fees, and costs under 31 U.S.C. § 3730(d)(1), and clams for retaliation, 31 U.S.C. § 3730(h), against the FCA Defendants. Moreover, the United States and the relators continue to discuss and negotiate the amount of the relators' share in accordance with 31 U.S.C. § 3730(d)(1).

Dated: December 12, 2023

Respectfully submitted,

| | |
|---|---|
| JOSHUA S. LEVY | ADITYA HUMAD |
| Acting United States Attorney | By his attorney, |
| By: */s/ Steven T. Sharobem* | */s/ Seth B. Orkand* |
| Steven T. Sharobem | Seth B. Orkand (BBO No. 669810) |
| Assistant United States Attorney | *Motion For Limited Appearance Granted* |
| John J. Moakley Courthouse | ROBINSON & COLE LLP |
| 1 Courthouse Way, Suite 9200 | One Boston Place, 25th Floor |
| Boston, MA 2210 | Boston, MA 02108 |
| (617) 748-3100 | sorkand@rc.com |
| steven.sharobem@usdoj.gov | (617) 557-5915 |
| | |
| ANDY J. MAO | SPINEFRONTIER, INC., KIC VENTURES, |
| PATRICIA J. HANOWER | LLC, KIC MANAGEMENT GROUP, INC., |
| DOUGLAS ROSENTHAL | IMPARTIAL MEDICAL EXPERT, LLC, |
| CHRISTOPHER TERRANOVA | AXIOMED, LLC, VANESSA DUDLEY, and |
| Civil Division | KINGSLEY R. CHIN |
| U.S. Department of Justice | |
| Post Office Box 261 | By their attorney, |
| Ben Franklin Station | |
| Washington, DC 20044 | */s/ Robert Peabody* |
| (202) 514-2000 | Robert Peabody (BBO No. 551936) |
| douglas.j.rosenthal@usdoj.gov | *Motion For Limited Appearance Granted* |
| christopher.terranova@usdoj.gov | HUSCH BLACKWELL LLP |
| | One Beacon Street, Suite 1320 |
| *Attorneys for the United States* | Boston, MA 02108 |
| | Robert.Peabody@huschblackwell.com |
| | (617) 598-6700 |

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by ECF on all counsel of record on December 12, 2023.

                                                    */s/ Steven T. Sharobem*
                                                    Steven T. Sharobem
                                                    Assistant United States Attorney