UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHARLES BIRCHALL, JR. et al.,<br><br>          Plaintiffs,<br>    v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>          Defendants. | 15-cv-12877-LTS<br>15-cv-12908-LTS |

**JOINT STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the November 27, 2023, settlement agreement ("Settlement Agreement") among the United States, the relators, and the defendants, the United States stipulates to the entry of an order dismissing with prejudice claims asserted against the defendants in the United States' Complaint In Intervention, *see* Dkt. No. 58 in 15-cv-12877 and Dkt. No. 67 in 15-cv-12908, as those claims are defined by the Covered Conduct of the Settlement Agreement. For purposes of 15-cv-12908, the United States has been advised that the state government plaintiffs consent to the dismissal without prejudice of all state-law claims asserted by the relators against the defendants in the relators' complaint.

The United States and relators in 15-cv-12877 and 15-cv-12908 stipulate to the entry of an order dismissing with prejudice to relators and without prejudice to the United States all claims other than the Covered Conduct of the Settlement Agreement that were asserted against

1

the defendants in the United States' Complaint in Intervention and the claims asserted by relators in their respective complaints <u>except</u> as to the following claims, which the relators expressly reserve:

**15-cv-12877**

- Entitlement to reasonable expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d)(1) related to Counts ONE, TWO, and THREE; and

- Relief from retaliatory actions under 31 U.S.C. § 3730(h) related to Count FOUR.

**15-cv-12908**

- Entitlement to reasonable expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d)(1) related to Counts I, II, III; and

- Relief from retaliatory actions under 31 U.S.C. § 3730(h) related to Count IV.

In addition, the United States and the relators are negotiating the relators' share of the Settlement Agreement in accordance with 31 U.S.C. § 3730(d)(1). Finally, the relators do not hereby waive any claim to a share of the settlements that the United States entered into with certain physicians and surgeons, nor does the United States waive any of its defenses thereto. Respectfully submitted,

| | |
|---|---|
| JOSHUA S. LEVY | ADITYA HUMAD |
| Acting United States Attorney | By his attorney, |
| */s/ Steven T. Sharobem* | */s/ Seth B. Orkand* |
| STEVEN T. SHAROBEM | SETH B. ORKAND (BBO No. 669810) |
| Assistant United States Attorney | *Motion For Limited Appearance Granted* |
| John J. Moakley Courthouse | ROBINSON & COLE LLP |
| 1 Courthouse Way, Suite 9200 | One Boston Place, 25th Floor |
| Boston, MA 2210 | Boston, MA 02108 |
| (617) 748-3100 | sorkand@rc.com |
| steven.sharobem@usdoj.gov | (617) 557-5915 |
| | |
| JAMIE A. YAVELBERG | SPINEFRONTIER, INC., KIC VENTURES, |
| PATRICIA L. HANOWER | LLC, KIC MANAGEMENT GROUP, INC., |
| DOUGLAS ROSENTHAL | IMPARTIAL MEDICAL EXPERT, LLC, |

CHRISTOPHER TERRANOVA
Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
(202) 514-2000
douglas.j.rosenthal@usdoj.gov
christopher.terranova@usdoj.gov

*Attorneys for the United States*

SEEGER WEISS LLP

*/s/ Stephen A. Weiss*
STEPHEN A. WEISS, ESQ.
CHRISTOPHER AYERS, ESQ.
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
sweiss@seegerweiss.com
cayers@seegerweiss.com

*Attorneys for Plaintiffs/Relators John Miller and Walter Bennett*

AXIOMED, LLC, VANESSA DUDLEY, and KINGSLEY R. CHIN

By their attorney,

*/s/ Robert Peabody*
ROBERT PEABODY (BBO No. 551936)
*Motion For Limited Appearance Granted*
HUSCH BLACKWELL LLP
One Beacon Street, Suite 1320
Boston, MA 02108
Robert.Peabody@huschblackwell.com
(617) 598-6700

GREENE LLP

*/s/ Thomas M. Greene*
MICHAEL TABB (BBO No. 491310)
THOMAS M. GREENE (BBO No. 210020)
One Liberty Square, Suite 1200
Boston, MA 02109
matabb@greenellp.com
tgreene@greenellp.com
(617) 261-0040

*Attorneys for Plaintiff/Relator, Charles Birchall, Jr.*