UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* CHARLES BIRCHALL, JR. et al.,<br><br>   Plaintiffs,<br> v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>   Defendants. | 15-cv-12877-LTS<br>15-cv-12908-LTS |

**JOINT STATUS REPORT OF THE UNITED STATES AND THE RELATORS
REGARDING RELATORS' SHARE**

At a status hearing on February 5, 2024, the Court ordered the United States and the Relators in the consolidated cases to provide a status report by March 5, 2024, advising as to the progress of discussions regarding the Relators' statutory entitlement to a share of the November 27, 2023 settlement agreement between the United States, the Relators, and the defendants, SpineFrontier, Inc., Impartial Medical Expert LLC, KIC Management Group, Inc., KICVentures, LLC, Kingsley Chin, M.D., Aditya Humad, and Vanessa Dudley.

Over the past thirty days, the United States and the Relators have continued discussions regarding the amount of the Relators' share of the recovery from the November 27, 2023, settlement agreement. The United States and the Relators request thirty (30) days to permit the discussions to continue to either reach an agreement or to inform the Court that the parties have reached an impasse on that issue. If and when the United States and the Relators resolve the Relators' entitlement to a share of the recovery under the November 27, 2023, settlement agreement, the United States and the Relators plan to engage in discussions regarding the

Relators' claim to a share of the settlements the United States previously entered into with certain physicians.

Dated: March 5, 2024

Respectfully submitted,

| | |
|---|---|
| JOSHUA S. LEVY<br>Acting United States Attorney | GREENE LLP |
| By: */s/ Steven T. Sharobem*<br>Steven T. Sharobem<br>Assistant United States Attorney<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>steven.sharobem@usdoj.gov | */s/ Thomas M. Greene*<br>MICHAEL TABB (BBO No. 491310)<br>THOMAS M. GREENE (BBO No. 210020)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>matabb@greenellp.com<br>tgreene@greenellp.com<br>(617) 261-0040 |
| JAMIE ANN YAVELBERG<br>PATRICIA J. HANOWER<br>DOUGLAS ROSENTHAL<br>CHRISTOPHER TERRANOVA<br>Civil Division<br>U.S. Department of Justice<br>Post Office Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-2000<br>douglas.j.rosenthal@usdoj.gov<br>christopher.terranova@usdoj.gov<br><br>*Attorneys for the United States* | SEEGER WEISS LLP<br><br>*/s/ Stephen A. Weiss*<br>STEPHEN A. WEISS, ESQ.<br>CHRISTOPHER AYERS, ESQ.<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100<br>sweiss@seegerweiss.com<br>cayers@seegerweiss.com<br><br>*Attorneys for Plaintiffs/Relators John Miller and Walter Bennett* |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all counsel of record on March 5, 2024.

/s/ *Steven T. Sharobem*
Steven T. Sharobem
Assistant United States Attorney