# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN MILLER, WALTER BENNETT and CHARLES BIRCHALL, ex rel. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 15-cv-12877-LTS |
| SPINEFRONTIER, INC. et al. | ) ) ) | 15-cv-12908-LTS |
| Defendants. | ) ) ) | |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

Defendants Spinefrontier, Inc. ("Spinefrontier"), Impartial Medical Experts, LLC, KIC Management Group, Inc., KICVentures, LLC, Axiomed, LLC, LESSurgeon Institute Florida, LLC, Kingsley Chin, M.D. ("Chin"), and Aditya Humad ("Humad") (collectively, "Defendants"), respectfully, submit this Motion to Stay Proceedings in order to preserve Chin and Humad's Fifth Amendment privilege against self-incrimination in this case and in a related criminal indictment against Defendants Spinefrontier, Kingsley Chin, and Aditya Humad pending before the District of Massachusetts. *See United States v. Kingsley R. Chin, Aditya Humad, and Spinefrontier, Inc.* (21-cr-10256 (IT)).

Should this civil action proceed to discovery, summary judgment, and trial, Chin and Humad would, inevitably, face a "Hobson's Choice" of waiving their Fifth Amendment rights and, thereby, prejudice their defense of the related criminal prosecution or, otherwise, face an adverse inference of liability in the instant case. Staying proceedings now will not prejudice the Realtor-Plaintiffs. Relator-Plaintiffs' remaining retaliatory dismissal claim will remain in place until the criminal case is resolved.

Accordingly, and for the reasons stated in Defendants' memorandum in support of this motion, the Court should stay future proceedings in this case.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully requests an opportunity to address any of the Court's questions or concerns at oral argument, and pursuant to L.R. 7.1(d).

Dated:  March 8, 2024  Respectfully submitted,

**ADITYA HUMAD**

By his attorney,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO # 669810)
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, Massachusetts 02108
Tel: 617-557-5915
Fax: 617-557-5999
sorkand@rc.com

**SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERTS, LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, AXIOMED, LLC, LESSURGEON INSTITUTE FLORIDA, LLC,  and KINGSLEY CHIN, M.D**

By their attorney,

*/s/ Robert L. Peabody*
Robert L. Peabody (BBO # 551936)
Husch Blackwell LLP
One Beacon Street, Ste. 1320
Boston, Massachusetts 02108
Tel: 617-733-1376
robert.peabody@huschbackwell.com

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system and will be served upon the attorney of record for each party registered to receive electronic service this 8th day of March 2024.

                                           */s/ Seth B. Orkand*
                                           Seth B. Orkand