## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al., *ex rel.*
CHARLES BIRCHALL, JR. *et al.*,

     Plaintiffs,

  v.

SPINEFRONTIER, INC., IMPARTIAL
MEDICAL EXPERT LLC, KIC MANAGEMENT
GROUP, INC., KICVENTURES, LLC,
KINGSLEY CHIN, M.D., ADITYA HUMAD, and
VANESSA DUDLEY,

     Defendants.

**15-cv-12877-LTS**
**15-cv-12908-LTS**

## JOINT STATUS REPORT OF THE UNITED STATES AND THE RELATORS REGARDING RELATORS' SHARE

Pursuant to a request made in the Joint Status Report filed by the United States and the Relators regarding Relators' share on March 5, 2024, the Court ordered the United States and the Relators (collectively, "the parties") to provide an updated status report within thirty (30) days to inform the Court on the progress of discussions between the parties regarding (1) the amount of the Relators' share of the November 27, 2023 settlement agreement between the United States, the Relators, and the defendants, SpineFrontier, Inc., Impartial Medical Expert LLC, KIC Management Group, Inc., KICVentures, LLC, Kingsley Chin, M.D., Aditya Humad, and Vanessa Dudley; and (2) Relators' claim to a share of the settlements the United States previously entered into with certain physicians.

The parties have negotiated these two issues in good faith but have been unable to reach an agreement to date.  The parties, therefore, request a status conference with the Court to discuss how the parties will proceed.

Dated: April 5, 2024

Respectfully submitted,

JOSHUA S. LEVY                                        GREENE LLP
Acting United States Attorney


By: */s/ Steven T. Sharobem*                        */s/ Thomas M. Greene*
Steven T. Sharobem                                    MICHAEL TABB (BBO No. 491310)
Assistant United States Attorney                    THOMAS M. GREENE (BBO No. 210020)
John J. Moakley Courthouse                          One Liberty Square, Suite 1200
1 Courthouse Way, Suite 9200                        Boston, MA 02109
Boston, MA 02210                                    matabb@greenellp.com
(617) 748-3100                                      tgreene@greenellp.com
steven.sharobem@usdoj.gov                           (617) 261-0040

JAMIE ANN YAVELBERG                                 SEEGER WEISS LLP
PATRICIA L. HANOWER
DOUGLAS ROSENTHAL
CHRISTOPHER TERRANOVA                               */s/ Stephen A. Weiss*
Civil Division                                      STEPHEN A. WEISS, ESQ.
U.S. Department of Justice                          CHRISTOPHER AYERS, ESQ.
Post Office Box 261                                 55 Challenger Road, 6th Floor
Ben Franklin Station                                Ridgefield Park, NJ 07660
Washington, DC 20044                                (973) 639-9100
(202) 514-2000                                      sweiss@seegerweiss.com
douglas.j.rosenthal@usdoj.gov                       cayers@seegerweiss.com
christopher.terranova@usdoj.gov

*Attorneys for the United States*                   *Attorneys for Plaintiffs/Relators John Miller*
                                                    *and Walter Bennett*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all counsel of record on April 5, 2024.

*/s/ Steven T. Sharobem*
Steven T. Sharobem
Assistant United States Attorney