UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* CHARLES BIRCHALL, JR. *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>SPINEFRONTIER, INC., IMPARTIAL MEDICAL EXPERT LLC, KIC MANAGEMENT GROUP, INC., KICVENTURES, LLC, KINGSLEY CHIN, M.D., ADITYA HUMAD, and VANESSA DUDLEY,<br><br>        Defendants. | 15-cv-12877-LTS<br>15-cv-12908-LTS |

**UNITED STATES' AND RELATORS' PROPOSED SCHEDULING ORDER**

During the status conference held on April 18, 2024, the Court ordered the United States and the Relators to submit a proposed briefing schedule on whether the Relators are entitled to a share of proceeds under settlement agreements the United States entered into with seven spinal surgeons on or around March 5, 2020, and April 24, 2020. *See* ECF No. 183. After the status conference, the parties conferred and now propose the following schedule:

    May 17 – Relators' Motion and Supporting Memorandum

    June 14 – Government's Memorandum in Opposition to Relators' Motion

    June 21 – Relators' Reply Brief (as necessary and not to exceed five pages)

    June 28 – Government's Sur-Reply Brief (as necessary and not to exceed five pages)

At the conclusion of briefing, the parties are available for a hearing at the Court's convenience.

- 2 -

Dated: April 24, 2024

Respectfully submitted,

| | |
|---|---|
| JOSHUA S. LEVY<br>Acting United States Attorney | GREENE LLP |
| By: */s/ Steven T. Sharobem*<br>Steven T. Sharobem<br>Assistant United States Attorney<br>John J. Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>steven.sharobem@usdoj.gov | */s/ Thomas M. Greene*<br>MICHAEL TABB (BBO No. 491310)<br>THOMAS M. GREENE (BBO No. 210020)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>matabb@greenellp.com<br>tgreene@greenellp.com<br>(617) 261-0040 |
| JAMIE ANN YAVELBERG<br>PATRICIA L. HANOWER<br>DOUGLAS ROSENTHAL<br>CHRISTOPHER TERRANOVA<br>Civil Division<br>U.S. Department of Justice<br>Post Office Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-2000<br>douglas.j.rosenthal@usdoj.gov<br>christopher.terranova@usdoj.gov | SEEGER WEISS LLP<br><br>*/s/ Stephen A. Weiss*<br>STEPHEN A. WEISS, ESQ.<br>CHRISTOPHER AYERS, ESQ.<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100<br>sweiss@seegerweiss.com<br>cayers@seegerweiss.com |
| *Attorneys for the United States* | *Attorneys for Plaintiffs/Relators John Miller and Walter Bennett* |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on all counsel of record on April 24, 2024.

      */s/ Steven T. Sharobem*
      Steven T. Sharobem
      Assistant United States Attorney